**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANTE D. JONES, | ) | NO. CV 11-3918-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal Without Prejudice," the Petition is dismissed without prejudice.

DATED: <u>August 29, 2011.</u>

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE